# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ALEX TROY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 2:21-cv-01256-JHE |
| EXPRESS OIL CHANGE, LLC, | ) ) ) |
| Defendant. | ) |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff has voluntarily dismissed this action. (Doc. 15).

Therefore, at the direction of the Honorable John H. England, III, this case is closed.

DATED: February 16, 2022

SHARON N. HARRIS, CLERK

By:   Angela Day   
Deputy Clerk